IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: November 03, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24527/114546811

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-08648-RJH |
| Jonathan Isaac Gardikis and Heather Yvonne Gardikis | Chapter 13 |
| Debtors. | ORDER |
| Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP | (Related to Docket #43) |
| Movant, | |
| vs. | |
| Jonathan Isaac Gardikis and Heather Yvonne Gardikis, Debtors, Russell A. Brown, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 5, 2005 and recorded in the office of the Essex County Recorder wherein Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP is the current beneficiary and Jonathan Isaac Gardikis and Heather Yvonne Gardikis have an interest in, further described as:

UNIT: 5-6

PERCENTAGE INTEREST:0.61717%

AREA: 800 sq. feet.
UNIT POST OFFICE ADDRESS:1-14 Walker Road, North Andover, MA 01845
Grantor, owners of the Unit described above in Meadow View Condominium created by Master Deed dated August 28, 1981 with the Essex County Northern District Registry of Deeds, Book 1527, Page 321 in accordance with the provisions of G.L.C. 183A.

The Unit contains the Area listed above and is laid out as shown on a plan recorded with said Essex North Deeds,. Book 1557, Page 288, which is a copy of a portion of the plans filed with the Master Deed and to which is affixed a verified statement in the form provided for in G.L.c. 183A, Section 9.

The Unit is conveyed together with the above listed Percentage Interest (a) in the common areas and facilities of the Condominium, as described in the Master Deed, and (b) in the Meadow View Condominium Trust, recorded with said Registry of Deeds at Book 1528, Page 1.

The Unit is to be used only for residential purposes and uses accessory thereto permitted from time to time by the"Zoning by-Laws of the Town of North Andover and for no other purpose, except as may be expressly permitted by the Trustees in accordance with the provisions of the Meadow View Condominium Trust.

The Grantee acquires the Unit with the benefit of, and subject to, the provisions of G.L.c. l 83A, relating to condominiums, as that statute is written as of the date hereof and as it may hereafter be amended, the Master Deed and Condominium Trust referred to above and any by-laws and rules and regulations from time to time adopted thereunder, and all matters of record stated for referred to in the Master Deed as completely as if each were fully set forth herein, and subject to real estate taxes attributable to the Unit which are not yet due and payable.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT